**STATE of Missouri, Respondent,**

v.

**Darryl GILYARD, Appellant.**

**No. WD 41819.**

Missouri Court of Appeals,
Western District.

Oct. 16, 1990.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Dec. 4, 1990.

Lee Nation, Trimble, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from convictions of murder in the first degree, § 565.020.1, RSMo 1986, and of armed criminal action, § 571.015, RSMo

1986, and from respective sentences of life imprisonment without parole and life imprisonment.

Judgment affirmed. Rule 30.25(b).